Entered on Docket
February 02, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4 Mortgage Pass-Through Certificates, Series 2007-BR4
09-77585

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-09-20391-lbr |
|---|---|
| Fermin Martinez and Dolores Hechavarria | Date: 12/23/2009<br>Time: 10:00 pm |
| | Chapter 13 |
| Debtors | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as

1. to Secured Creditor Deutsche Bank National Trust Company as Trustee under Pooling and Servicing
2. Agreement dated as of May 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR4
3. Mortgage Pass-Through Certificates, Series 2007-BR4, its assignees and/or successors in interest, of
4. the subject property, generally described as 4946 Blanton Drive, Las Vegas, NV 89121.
5.     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
6. Debtors at least seven business days' notice of the time, place and date of sale.
7. ///
8. ///
9. ///
10. ///
11. ///
12. ///
13. ///
14. ///
15. ///
16. ///
17. ///
18. ///
19. ///
20. ///
21. ///
22. ///
23. ///
24. ///
25. ///
26. ///
   ///

IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against this particular property there can be no sale for sixty (60) days, allowing the Debtor(s) to submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary information can be accessed at **http://www.nevadajudiciary.us/**.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By:    /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Sanchez Law Group
900 South Fourth St., Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Kathleen A. Leavitt
201 Las Vegas Blvd. So., #200
Las Vegas, NV  89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor